UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE                                              :
                                                   :    22-md-3028 (PAE)
*ONE APUS* CONTAINER SHIP INCIDENT ON              :
NOVEMBER 30, 2020                                  :    ORDER NO. 4
                                                   :
*This Document Relates to All Actions*             :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

~~Whereas~~ It was agreed at the initial court conference that it was in the best interest of the parties to continue settlement discussions. In order to accomplish this, the *status quo* must be maintained in terms of discovery, motions, and claims currently on extensions of time for suit or arbitration.

Accordingly, the Court defers entering a Case Management Plan and Scheduling Order until after March 31, 2023.

Upon request of counsel, the Vessel Interests will grant the Cargo Interests and the NVOCC Interests, in regard to claims that are currently on time extensions, further extensions of time to file suit or to commence arbitration up to and including August 31, 2023 on the same terms, conditions, and reservations as set forth in the prior extensions.

Upon request of counsel, the NVOCC Interests will grant the Cargo Interests, in regard to claims that are currently on time extensions, further extensions of time to file suit or to commence arbitration up to and including August 31, 2023 on the same terms, conditions, and reservations as set forth in the prior extensions.

No formal discovery shall be undertaken before March 31, 2023, but the parties may voluntarily exchange documents in the context of settlement discussions.

No motions to dismiss or for summary judgment shall be filed before March 31, 2023.

The Cargo, NVOCC, and Vessel Interests will jointly report by letter to the Court on their progress on January 16, 2023; February 15, 2023; and March 15, 2023.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 22, 2022
New York, New York