UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020<br><br>*This Document Relates to All Actions* | 22 MD 3028 (PAE)<br><br><u>ORDER No. 4</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' joint letter seeking adjournment of the upcoming case management conference on November 2, 2023. Dkt. 566. In the interest of facilitating settlement, the Court adjourns, one final time, the case management conference. The conference will now be held, in person, on November 30, 2023 at 2:30 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 1007. The pause of litigation activity is hereby extended to December 4, 2023. The parties are directed to provide another joint status letter by November 22, 2023.

SO ORDERED.

                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated: November 1, 2023
       New York, New York