UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE:

*ONE APUS* CONTAINER SHIP INCIDENT ON
NOVEMBER 30, 2020

*This Document Relates to All Actions*
------------------------------------------------------------------ X

22 Md. 3028 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received requests from counsel for permission to telephonically audit the settlement conference scheduled for November 30, 2023 at 2:30 p.m. Because today's conference is an in-person conference, any counsel who intends to be heard, or who reserves the opportunity to be heard at the conference, must appear in person. The Court, however, will permit counsel who do not wish to speak at the conference to audit the conference telephonically. Anyone who wishes to audit the conference should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 30, 2023
New York, New York