**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020<br><br>*This Document Relates to*: 21-cv-7994<br><br>MSIG MINGTAI INSURANCE CO., LTD., FUBON INSURANCE CO., LTD., TAIWAN FIRE & MARINE INSURANCE CO., LTD. and CATHAY CENTURY INSURANCE CO., LTD. a/s/o Wistron Corporation and/or Wistron Infocomm Technology (America) Corp,<br><br>         Plaintiff,<br>v.<br><br>DANMAR LINES LTD. a/k/a DANMAR LINES AG,<br>         Defendant. | **22-md-3028 (PAE)**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action 21-cv-7994 only is voluntarily dismissed in its entirety with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 27, 2024

NICOLETTI HORNIG & SWEENEY

*Attorneys for Plaintiff*

By:   S/ *Kevin J.B. O'Malley*
       Kevin J.B. O'Malley
       Wall Street Plaza
       88 Pine Street, Seventh Floor
       New York, NY 10005
       (212) 220-3830
       komalley@nicolettihornig.com

BROWN GAVALAS & FROMM LLP

*Attorneys for Defendant /*
*Third-Party Plaintiff*

By:   *Peter Skoufalos*
       Peter Skoufalos
       60 E. 42nd Street, Suite 4600
       New York, New York 10165
       (212) 983-8500
       pskoufalos@browngavalas.com

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

*Attorneys for Third-Party Defendants Chidori Ship Holding LLC, Jesscia Ship Holding S.A. and NYK Shipmanagement Pte Ltd*

By: *Timothy Semenoro*
Timothy Semenoro
437 Madison Avenue
New York, NY 10022
(201) 837-9500
tsemenoro@mmwr.com

LYONS & FLOOD, LLP

*Attorneys for Third-Party Defendant Ocean Network Express Pte. Ltd.*

By: *Randolph Donatelli*
Randolph H. Donatelli
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
(212) 594-2400
rdonatelli@lyons-flood.com

GRANTED. The Court dismisses Civil Action No. 21-cv-7994 with prejudice.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

December 2, 2024
New York, New York