UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE                                              :
                                                   :       22-md-3028 (PAE)
*ONE APUS* CONTAINER SHIP INCIDENT ON              :
NOVEMBER 30, 2020                                  :       ORDER NO. #7
                                                   :
*This Document Relates to All Actions*             :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

It remains in the best interest of the parties to continue settlement discussions. In order to accomplish this, the *status quo* must be maintained in terms of discovery and motions.

Accordingly, the Court defers entering a Case Management Plan and Scheduling Order until after May 6, 2025.

No formal discovery shall be undertaken before May 6, 2025, but the parties may voluntarily exchange documents in the context of settlement discussions.

No motions to dismiss or for summary judgment shall be filed before May 6, 2025.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            Hon. Paul A. Engelmayer
                                            United States District Judge

Dated: February 10, 2025
          New York, New York