UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE

*ONE APUS* CONTAINER SHIP INCIDENT ON NOVEMBER 30, 2020

*This Document Relates to All Actions*

22 MD 3028 (PAE)

ORDER No. 8

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a status conference in this case. For the reasons set out during that conference, and, in particular, in the interest of efficiently and promptly facilitating settlements of matters within the scope of this MDL, the Court ordered the following:

- For all actions that are part of this MDL, excluding those involving cargo interests represented by Kennedys CMK LLP and the Law Office of John F. Ryan, the pause in litigation activity, *i.e.*, formal discovery and motions, is hereby extended to October 22, 2025.

- Counsel are to continue to file joint status letters each month. The next such letter is due September 8, 2025. Ensuing letters are due every 30 days thereafter.

- Kennedys CMK LLP and the Law Office of John F. Ryan shall, by August 1, 2025, each submit proposed case management plans, consistent with the Court's Individual Rules, that provide for the close of fact discovery by the end of November 2025.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: July 24, 2025
       New York, New York