UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

*ONE APUS* CONTAINER SHIP ACCIDENT ON
NOVEMBER 30, 2020

*This Document Relates to All Actions*

22 MD 3028 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The cases below have been pending in this multi-district litigation for more than three years.  And, on August 14, 2025, the Court notified counsel that those cases marked with an asterisk had been pending for more than three years, and directed counsel to pursue their prompt resolution.  Dkt. 60.  The Court expects counsel to act with **special urgency** to promptly resolve these cases:

- 21 Civ. 9980, *De Well Container Shipping, Inc. v. Chidori Ship Holding LLC**

- 21 Civ. 10172, *Roanoke Insurance Group, Inc. v. Kuehne Nagel Inc.**

- 21 Civ. 10177, *XL Insurance Company, (AXA) et al. v. All-Ways Forwarding Int'l Inc.**

- 21 Civ. 10183, *National Union Fire Insurance Company of Pittsburgh, PA v. Kuehne + Nagel, Inc.**

- 22 Civ. 5220, *AIT Worldwide Logistics, Inc. v. M/V ONE APUS in rem.**

- 22 Civ. 5221, *C.H. Robinson International Inc.* v. *M/V ONE APUS**

- 22 Civ. 5233, *Liberty Mutual Insurance Company v. Expeditors International Ocean Inc.**

- 22 Civ. 5245, *Federal Insurance Company v. AIT Worldwide Logistics, Inc.**

- 22 Civ 5277, *Atlantic Specialty Insurance Company et al v. Apex Logistics International Inc.*\*

- 22 Civ. 6384, *Liberty Mutual Insurance Company v. American International Cargo Service, Inc.*\*

- 22 Civ. 6990, *UPS Asia Group PTE. Ltd. et al v. Solaray, LLC*\*

- 22 Civ. 8115, *UPS Asia Group Pte. Ltd. et al v. Shenzhen Eva Mould Mfg. Co. Ltd.*\*

- 22 Civ. 8233, *Mitsui Sumitomo Insurance Company of America, et al v. M/V One Apus*\*

- 22 Civ. 10997, *Hooker Furniture Corp. et al v. Terra Worldwide Logistics*

- 23 Civ. 1295, *Yang Ming Marine Transport Corporation v. M/V One Apus*

- 23 Civ. 1920, *Liberty Mutual Insurance Company v. UPS Asia Group Pte. Ltd.*

- 23 Civ. 2696, *Tokio Marine America Insurance Company v. America Pacific Container Line, Inc.*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 24, 2026
       New York, New York

2