UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

*ONE APUS* CONTAINER SHIP ACCIDENT ON
NOVEMBER 30, 2020

*This Document Relates to All Actions*

22 MD 3028 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 10, 2025, the parties in *Federal Insurance Company v. AIT Worldwide Logistics, Inc.*, 22 Civ. 5245, filed a stipulation to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. 787.  On October 14, 2025, the Clerk of Court notified counsel that this voluntary dismissal was deficient because it did not identify the parties whom the voluntary dismissal was in favor of or was against.

On March 9, 2026, the parties notified the Court that the "error" in this stipulation was in the process of being resolved, and that the resolution of this error would bear on closing case *AIT Worldwide Logistics, Inc. v. M/V ONE APUS in rem*, 22 Civ. 5220.  Dkt. 812 at 3–6.

The Court directs the parties in *Federal Insurance Company v. AIT Worldwide Logistics, Inc.*, 22 Civ. 5245, to file a corrected stipulation forthwith.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 31, 2026
      New York, New York