UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>*ONE APUS* CONTAINER SHIP ACCIDENT ON NOVEMBER 30, 2020 | 22 MD 3028 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On March 24, 2026, the Court identified 17 actions in the above-captioned case that have been pending for over three years. Dkt. 816.

Discovery as to those actions brought by cargo underwriters Nicoll Black Altenbrun & Feig ("NBAF") and the Law Offices of John F. Ryan ("LOJFR"),[1] was to be completed by no later than March 26, 2026. Dkt. 798. Discovery as to those actions brought by counsel apart from NBAF and LOJFR is to be complete by April 30, 2026. Dkt. 809. Accordingly, discovery as to all pending actions will necessarily be completed by April 30, 2026.

Barring settlement, the Court intends to move the matter(s) that remain briskly towards dispositive motions and/or trial. Specifically, the Court directs that by **May 5, 2026**, the parties submit a joint letter setting out, distinctly for each action, the open issues that remain, including (1) whether or not any party intends to pursue any dispositive motion(s), and if so, specifically on what basis or bases; and (2) whether any party will invoke its right to a jury trial, or whether the trial would be a bench trial.

---

[1] These include: 21 Civ. 10177; 21 Civ. 10183; 21 Civ. 10172; 22 Civ. 5233; 22 Civ. 8233; and 22 Civ. 10997. *See* Dkt. 812.

The Court directs counsel for all parties in the actions still open to appear at a case management conference with the Court on **May 7, 2026, at 3:00 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.  At the conference, the Court, after conferring with counsel, expects to set an expedited briefing schedule as to any anticipated dispositive motion(s) and/or to set a trial date and deadlines for receipt of the parties' pretrial materials as required by the Court's Individual Rules 5(A)–(B). Such would include a joint pretrial order, requests to charge, proposed voir dire, and motions *in limine*.  See the Court's Individual Rules and Practices in Civil Cases, found at https://nysd. uscourts.gov/hon-paul-engelmayer.

SO ORDERED.

Paul A. Engelmayer

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 1, 2026
       New York, New York